IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELIAS P. KAZAS and )
MARIA N. HNARAKIS-KAZAS, )
    )
    Plaintiffs, )
    )
v. ) No. 2:07-cv-00652-GLL
    )
UNITED DEPARTMENT OF )
TREASURY, INTERNAL REVENUE )
SERVICE, )
    )
    Defendant. )
_____ )

## ORDER

Having considered the defendant's motion for judgment on the pleadings, the memorandum in support thereof, any opposition thereto, and the entire record herein, and good cause having been shown, on the 26th day of February, 2008, it is

ORDERED that the defendant's motion for judgment on the pleadings is GRANTED; and

ORDERED that the plaintiffs' damages claim, under 26 U.S.C. § 7433, is DISMISSED without PREJUDICE; and it is

//

//

//

//

2953873.1

ORDERED that the Clerk shall distribute copies of this signed order to the persons listed below.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Thomas J. Jaworski, Trial Attorney, U.S. Department of Justice
Lee J. Karl, Assistant United States Attorney, Western District of Pennsylvania
J. Michael Baggett, Plaintiffs' Attorney

2953873.1