IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ELIAS P. KAZAS, *et al.*, | ) |  |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | No. 2:07-cv-00652-GLL |
| UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND A MOTION TO STRIKE CERTAIN DOCUMENTS FROM THE RECORD

The Plaintiffs filed a response in opposition to the United States' motion for summary judgment. In their response, the plaintiffs argue, without providing proof, that a genuine issue of material fact exists because the United States may have miscalculated the amount of the refunded interest. Additionally, the plaintiffs provide new documents, which they contend are evidence establishing that the United States failed to credit them with certain payments.

The United States seeks leave to file the attached reply to establish that its interest calculations were correct, and to show that the taxpayers' new newly produced

\\
\\

documents do not create a genuine issue of material fact. In the alternative, the United States moves to strike the newly produced documents.

Date: December 12, 2008

MARY BETH BUCHANAN
United States Attorney

/s/ Ari D. Kunofsky
ARI D. KUNOFSKY
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 353-9187
Facsimile: (202) 514-6866
Ari.D.Kunofsky@usdoj.gov

LEE J. KARL
Assistant United States Attorney

AND NOW, THIS 15th DAY OF Dec 08, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS GRANTED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

2

3784527.2