```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ELIAS P. KAZAS, ET UX.,           )
          Plaintiffs,             )
                                  )
       v.                         )  Civil Action No. 07-652
                                  )
UNITED STATES DEPARTMENT OF       )
TREASURY, INTERNAL REVENUE        )
SERVICE,                          )
          Defendant.              )
```

**ORDER**

AND NOW, this 13th day of January, 2009, IT IS HEREBY

ORDERED that the Court's Final Scheduling Order, dated September

10, 2008, is amended as follows:

1. Plaintiffs shall file their pretrial narrative statement on or before <u>January 20, 2009</u>;

2. Defendant's pretrial narrative statement shall be filed <u>February 10, 2008</u>;

3. The parties shall file any motions <u>in</u> <u>limine</u>, proposed points for charge and proposed voir dire no later than <u>February 20, 2009</u>;

4. Response to any motion <u>in</u> <u>limine</u> shall be due no later than <u>March 2, 2009</u>.

5. **THERE WILL BE NO FURTHER EXTENSIONS GRANTED IN THIS MATTER**.

In all other aspects, the Court's order shall remain in

full force and effect.

                              BY THE COURT:


                              <u>s/Gary L. Lancaster</u>    , J.
                              Hon. Gary L. Lancaster,
                              United States District Judge

cc:   All Counsel of Record