IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIAS P. KAZAS and<br>MARIA N. HNARAKIS-KAZAS,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED DEPARTMENT OF<br>TREASURY, INTERNAL REVENUE<br>SERVICE,<br><br>    Defendant. | No. 2:07-cv-00652-GLL |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(A)(ii), the parties hereby stipulate that:

1. This action is dismissed with prejudice, and

2. The parties shall bear their own costs and attorney's fees.

Date: December 21, 2009

/s/ J. Michael Baggett
J. Michael Baggett, Esq.
McCann, Garland, Ridal & Burke
11 Stanwix Street, Suite 2125
Pittsburgh, PA 15222
Telephone (412) 566-1818
Email: baggettmj@aol.com
*Plaintiffs' Attorney*

/s/ Ari D. Kunofsky
ARI D. KUNOFSKY
Attorney for the United States
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 353-9187
Email: Ari.D.Kunsfsky@usdoj.gov
*Defendant's Attorney*

SO ORDERED, this 21st day of December, 2009.

_____
Gary L. Lancaster, Chief U.S. District Judge

2953873.1